# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 481 –2 | **DATE** | 7/2/2008 |
| **CASE TITLE** | USA vs. Greg Sarwa | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant waives Indictment. Defendant enters a plea of not guilty to all charges. LR 16.1 to be completed by July 18, 2008. Defense motions are due July 25, 2008. Government's response is due August 1, 2008. A status hearing is set for August 13, 2008 at 1:15 p.m. Bond set at $4,500 OR. This Court finds that the time from today to and including August 13, 2008 is excludable under 18:3161(h)(1) and the Tibboel case. (XE)

Docketing to mail notices.

00:40

| | Courtroom Deputy Initials: | SN |
|---|---|---|