# United States District Court

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

UNITED STATES OF AMERICA

V.

Greg Sarwa

WAIVER OF INDICTMENT

CASE NUMBER: 08 CR 481-2

I, *Greg Sarwa*, the above named defendant, who is accused of on Jan 28, 2003, knowingly causing to be transmitted by wire communication, $138,135.88 from Option One to First Midwest Bank, which funds represented the loan proceeds of 3256 W. Polk, Unit 100A; in violation of 18 U.S.C. Section 1343

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on *July 2, 2008* prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

[FILED JUL 02 2008 — MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT]